**United States District Court**
For the Northern District of California

\*E-FILED 12-06-2011\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FSM DEVELOPMENT BANK a/k/a FEDERATED STATES OF MICRONESIA DEVELOPMENT BANK,<br><br>　　　　Plaintiff,<br>　v.<br>ROBERT ARTHUR and PATRICIA ARTHUR,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED CROSS-CLAIMS<br>_____/ | No. C11-05494 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

　　　Plaintiff moves to dismiss the cross-complaint, and defendants move for an order remanding this action to state court. Pursuant to Civil Local Rule 73-1, no later than December 5, 2011, each party was to have filed either a consent or declination to proceed before a United States Magistrate Judge. The parties have not yet done so, despite a reminder from the court. (See Dkt. No. 9). Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636. All motion hearings noticed before the undersigned are vacated.

　　　SO ORDERED.

Dated: December 6, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-05494-HRL Notice has been electronically mailed to:

2  Carol Anne Jasinski    cjasinski@cholakian.net

3  Edward Mevi    edwardmevi@gmail.com

4  Kathryn S. Diemer    kdiemer@diemerwhitman.com

5  Michael Alex Mazzocone    michael@mazzlaw.com

6  Robert Charles Diemer    rdiemer@dblawsf.com

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

2