*E-FILED 12-06-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FSM DEVELOPMENT BANK a/k/a FEDERATED STATES OF MICRONESIA DEVELOPMENT BANK,<br><br>    Plaintiff,<br>  v.<br><br>ROBERT ARTHUR and PATRICIA ARTHUR,<br><br>    Defendants.<br>_____/<br>AND RELATED CROSS-CLAIMS<br>_____/ | No. C11-05494 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff moves to dismiss the cross-complaint, and defendants move for an order remanding this action to state court. Pursuant to Civil Local Rule 73-1, no later than December 5, 2011, each party was to have filed either a consent or declination to proceed before a United States Magistrate Judge. The parties have not yet done so, despite a reminder from the court. (See Dkt. No. 9). Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636. All motion hearings noticed before the undersigned are vacated.

SO ORDERED.

Dated: December 6, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05494-HRL Notice has been electronically mailed to:

Carol Anne Jasinski    cjasinski@cholakian.net

Edward Mevi    edwardmevi@gmail.com

Kathryn S. Diemer    kdiemer@diemerwhitman.com

Michael Alex Mazzocone    michael@mazzlaw.com

Robert Charles Diemer    rdiemer@dblawsf.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.