1 | MICHAEL A. MAZZOCONE, State Bar #183209
MICHAEL A. MAZZOCONE ATTORNEY AT LAW
2 | 400 Montgomery Street, Suite 200
San Francisco, California 94104
3 | Telephone:   (415) 399-0800
Facsimile:    (415) 399-0900
4
Attorneys for Defendants and Cross-Complainants
5 | ROBERT ARTHUR and PATRICIA ARTHUR
and Complainant in Intervention AHPW, Inc.
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FSM DEVELOPMENT BANK a/k/a FEDERATED STATES OF MICRONESIA DEVELOPMENT BANK,<br><br>Plaintiff,<br>vs.<br><br>ROBERT ARTHUR and PATRICIA ARTHUR,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.     CV 11-05494 LHK<br><br>[PROPOSED] ORDER GRANTING ROBERT AND PATRICIA ARTHUR'S AND AHPW, INC.'S APPLICATION FOR CONTINUANCE OF HEARING DATE AND VACATING THE BRIEFING SCHEDULE REGARDING THE BANK'S MOTIONS TO DISMISS<br><br>Date: January 17, 2012<br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

After considering Defendants and Cross-Complainants Robert Arthur and Patricia Arthur ("Arthurs") and Complainant in Intervention AHPW, Inc.'s ("AHPW") *Ex Parte* Application for an Order continuing the hearing date and vacating the briefing schedule of Plaintiff and Cross-Defendant FSM Development Bank a/k/a Federated States of Micronesia Development Bank's ("Bank") Motions to Dismiss the Arthurs' Cross-complaint and AHPW's Complaint in Intervention ("Dismissal Motions"), re-noticed on January 12, 2012 and presently set for hearing before this Court on March 22, 2012, this Court hereby grants the Application.

1  The hearing on the motions to dismiss is continued to April 26, 2012, at 1:30 p.m.

3  Plaintiffs' opposition to the motions to dismiss is due April 5, 2012. Defendants' replies are due April 12, 2012.

**IT IS SO ORDERED.**

Dated: January 24, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

[Proposed] Order Granting Ex Parte Application To Continue Motions to Dismiss
Case Number CV 11-05494 LHK

- 2 -