MICHAEL A. MAZZOCONE, State Bar #183209
MICHAEL A. MAZZOCONE ATTORNEY AT LAW
400 Montgomery Street, Suite 200
San Francisco, California 94104
Telephone:   (415) 399-0800
Facsimile:    (415) 399-0900

Attorneys for Defendants and Cross-Complainants
ROBERT ARTHUR and PATRICIA ARTHUR
and Complainant in Intervention AHPW, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FSM DEVELOPMENT BANK a/k/a FEDERATED STATES OF MICRONESIA DEVELOPMENT BANK,<br><br>Plaintiff,<br>vs.<br><br>ROBERT ARTHUR and PATRICIA ARTHUR,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.   CV 11-05494 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING ROBERT AND PATRICIA ARTHUR'S AND AHPW, INC.'S APPLICATION FOR CONTINUANCE OF HEARING DATE AND VACATING THE BRIEFING SCHEDULE REGARDING THE BANK'S MOTIONS TO DISMISS<br><br>Date:   January 17, 2012<br>Place:  Courtroom 8<br>Judge:  Hon. Lucy H. Koh |

After considering Defendants and Cross-Complainants Robert Arthur and Patricia Arthur ("Arthurs") and Complainant in Intervention AHPW, Inc.'s ("AHPW") *Ex Parte* Application for an Order continuing the hearing date and vacating the briefing schedule of Plaintiff and Cross-Defendant FSM Development Bank a/k/a Federated States of Micronesia Development Bank's ("Bank") Motions to Dismiss the Arthurs' Cross-complaint and AHPW's Complaint in Intervention ("Dismissal Motions"), re-noticed on January 12, 2012 and presently set for hearing before this Court on March 22, 2012, this Court hereby grants the Application.

1  The hearing on the motions to dismiss is continued to April 26, 2012, at 1:30 p.m.

3  Plaintiffs' opposition to the motions to dismiss is due April 5, 2012.  Defendants' replies are
4  due April 12, 2012.

5  **IT IS SO ORDERED.**

6  Dated: January 24, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge