**MICHAEL A. MAZZOCONE, State Bar #183209**
**MICHAEL A. MAZZOCONE ATTORNEY AT LAW**
400 Montgomery Street, Suite 200
San Francisco, California 94104
Telephone: (415) 399-0800
Facsimile: (415) 399-0900

Attorneys for Defendants and Cross-Complainants
ROBERT ARTHUR and PATRICIA ARTHUR
and Complainant in Intervention AHPW, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FSM DEVELOPMENT BANK a/k/a FEDERATED STATES OF MICRONESIA DEVELOPMENT BANK, <br><br> Plaintiff, <br> vs. <br><br> ROBERT ARTHUR and PATRICIA ARTHUR, <br><br> Defendants. <br>_____ <br><br> AND RELATED CROSS-ACTIONS <br>_____ | Case No.  CV 11-05494 LHK <br><br> [~~PROPOSED~~] ORDER GRANTING ROBERT AND PATRICIA ARTHUR'S AND AHPW, INC.'S APPLICATION FOR ORDER CONTINUING THE BRIEFING SCHEDULE REGARDING FSM DEVELOPMENT BANK'S MOTIONS TO DISMISS <br><br> Date: April 2, 2012 <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

After considering Defendants and Cross-Complainants Robert Arthur and Patricia Arthur ("Arthurs") and Complainant in Intervention AHPW, Inc.'s ("AHPW") *Ex Parte* Application for an Order continuing the briefing schedule of Plaintiff and Cross-Defendant FSM Development Bank a/k/a Federated States of Micronesia Development Bank's ("Bank") Motions to Dismiss the Arthurs' Cross-complaint and AHPW's Complaint in Intervention ("Dismissal Motions"), presently set for hearing before this Court on July 19, 2012, this Court hereby grants the Application.

The current briefing schedule on the Dismissal Motions is hereby vacated. The oppositions to the Dismissal Motions are to be filed on or before _____June 28, 2012_____, and the reply

1  memoranda are to be filed on or before _____ July 5, 2012 _____.

2

3

4  DATED: April _3_, 2012.                    _____Lucy H. Koh_____
                                               Honorable Lucy H. Koh
5                                              United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28