UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FSM DEVELOPMENT BANK a/k/a FEDERATED STATES OF MICRONESIA DEVELOPMENT BANK,<br><br>Plaintiff,<br>v.<br><br>ROBERT ARTHUR and PATRICIA ARTHUR,<br><br>Defendants. | Case No.: 11-CV-05494-LHK<br><br>ORDER RE SUBJECT MATTER JURISDICTION |

Defendants' motion to remand is set for hearing on April 26, 2012. The parties are hereby ordered to be prepared to address the following issues at the hearing: (1) whether this Court has subject matter jurisdiction, pursuant to the Federal Sovereign Immunities Act, 28 U.S.C. §§ 1602, *et seq.*, over Defendants' cross-complaint and complaint-in-intervention; and (2) why that issue is not barred by the collateral estoppel doctrine as a result of the Ninth Circuit's decision in *AHPW, Inc. v. Pohnpei*, 437 F. App'x 565 (9th Cir. June 9, 2011). By 3:00 p.m. on Wednesday, April 25, 2012, each side is permitted to file an up to three page brief addressing these issues.

**IT IS SO ORDERED.**

Dated: April 23, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-05494-LHK
ORDER RE SUBJECT MATTER JURISDICTION